UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION

In re:

George William Andrews and  Case No. 09-68185-WS
Tammie Lynn Andrews,  Chapter 7
  Hon. Walter Shapero

    Debtors.
_____/

## NOTICE OF UNCLAIMED DIVIDENDS (CHECKS LESS THAN $5.00)

To the Clerk of the Court:

    The enclosed check in the amount of $4.49 represents the total sum of unclaimed dividends (less than $5) in this estate and is paid to the Court pursuant to 11 U.S.C. Section 347(a). The name and address of the Parties entitled to these unclaimed dividends is as follows:

| CLAIM NUMBER | CLAIMANT | AMOUNT |
|---|---|---|
| 5 | Total Community Credit Union<br>c/o Butler, Butler & Rowse-Oberle PLLC<br>24525 Harper Avenue<br>Suite 2<br>Saint Clair Shores, MI  48080<br><br>Payment sent to<br>25155 Goddard Rd.<br>Taylor, MI  48180 | $4.49 |
| | **Total:** | **$4.49** |

DATED: August 23, 2011

    /s/ Mark H. Shapiro (P43134)
Trustee
25925 Telegraph Road
Suite 203
Southfield, MI  48033
(248) 352-4700